## UNITED STATES DISTRICT COURT

## DISTRICT OF MONTANA

## MISSOULA DIVISION

| | | |
|---|---|---|
| Leonard Roberts, | ) | JUDGMENT IN A CIVIL CASE |
|       Petitioner, | ) ) | |
| v. | ) | CV 10-146-M-DWM-JCL |
| | ) ) | |
| Sam Law, et al. | ) ) | |
|       Respondents. | ) | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED
that this action is DISMISSED.

Dated this 18th day of April, 2011.

 

PATRICK E. DUFFY, CLERK

By: /s/ T.A. Gesh
Deputy Clerk